UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ISABEL SANTAMARIA,**

    **Plaintiff,**

v.                                                             Case No: 6:18-cv-1618-Orl-41TBS

**CARRINGTON MORTGAGE SERVICES, LLC, BANK OF AMERICA, N.A., AKERMAN LLP, LIEBLER, GONZALEZ & PORTUONDO, P.A., MARINOSCI LAW GROUP, P.C., P.A., WILLIAM P. GRAY, PAUL W. ETTORI, SCOTT R. STENGEL, SAHILY SERRADET, MICHAEL P. GELETY, STATE OF FLORIDA, EIGHTEENTH JUDICIAL CIRCUIT COURT, LISA DAVIDSON and CHARLES HOLCOMB,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Vacate Order Dismissing Case (Doc. 25). Therein, Plaintiff requests that the Court vacate its May 15, 2019 Order (Doc. 24) and reopen her case. United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 26), in which he recommended construing Plaintiff's Motion as a motion for reconsideration. The Court's previous Order dismissed the case because Plaintiff was in the midst of Chapter 7 bankruptcy, and the bankruptcy trustee was the only person with standing to pursue Plaintiff's claims. (*Id.* at 2). However, since the case has been closed, the bankruptcy trustee has given notice of his intent to abandon the claims asserted in this lawsuit, and no objections were filed. (*Id.*). Because the bankruptcy trustee did not give notice that he would be abandoning the

claims until after the case was dismissed, Judge Smith recommended granting Plaintiff's Motion and reopening the case. (*Id.* at 5). Judge Smith also recommended giving Plaintiff twenty-one days to file a second amended complaint, as the Amended Complaint (Doc. 16) is a shotgun pleading.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Plaintiff's Motion to Vacate Order Dismissing Case (Doc. 25), construed as a motion for reconsideration, is **GRANTED**.
3. **On or before August 23, 2019**, Plaintiff shall file a second amended complaint. As this will be Plaintiff's third attempt at filing an adequate pleading, failure to do so will result in a dismissal of the case with prejudice without further warning.
4. The Clerk is directed to reopen this case.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party